# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

ADRIAN EUGENE LACY,

[You are the PLAINTIFF, print your full name on this line.]

v.

MICHIGAN CITY, IN. ADULT PROBATION

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  3:22-cv-823

[For a new case in this court, leave blank. The court will assign a case number.]

-FILED-
At _____
SEP 26 2022
GARY T. BELL, Clerk   M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | MICHIGAN CITY ADULT PROBATION DEPARTMENT | 300 W WASHINGTON ST, MICHIGAN CITY, IN 46360 |
| 2 | MICHIGAN CITY SUPERIOR COURT 1 | 300 W. WASHINGTON ST MICHIGAN CITY, IN 46360 |
| 3 |  |  |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing?  2

2. What is the name and address of your prison or jail?  LAPORTE COUNTY JAIL 809 STATE ST. LAPORTE IN. 46350

3. Did the event you are suing about happen there?  ○ Yes   ● No, it happened at: _____

4. On what date did this event occur?  MAY 2015 TILL THIS PRESENT DAY

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. My sentence give by Michigan City Superior Court #1 (Cause No. 46D01-1007-FD-137) was 14 years suspend 4 - 10 do 5 years D.O.C. I completed serving the 10 do 5 year sentence in May of 2015.

2. Instead of being released in 4 years from probation (in which is the number of suspended years) I'm still on probation today which makes over 7 years of probation.

3. I've been violated, spending many days incarcerated due to probation holds and have paid bonds and fees after my probation period had been set to end.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
    ○ Before I was confined.
    ○ While I was confined awaiting trial.
    ○ After I was convicted while confined serving the sentence.
    ● Other: FROM 2015 TO PRESENT DAY

6. Have you ever sued anyone for this exact same event?
    ● No.
    ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
        case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
    ● No, this event is not grievable at this prison or jail.
    ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
    ○ Yes, this event was grievable, but I did not file a grievance because _____
    _____
    _____
    _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
    [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

I WILL LIKE TO BE RELEASED FROM PROBATION AND COMPENSATED FOR ALL FEES AND BONDS PAID, AND PAID FOR EVERY DAY OF INCARCERATION, FALSE IMPRISONMENT, VIOLATION OF CIVIL RIGHTS AND DUE PROCESS.

[Initial Each Statement]
AEL  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
AEL  I will keep a copy of this complaint for my records.
AEL  I will promptly notify the court of any change of address.
A.EL I WILL NOT send more than one copy of any filing to the court.
AEL  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
A.EL I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 09/23/20 22 at 9:04 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Adrian Eugene Jacy                              20950889
Signature                                        Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]